1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7155
6      FAX: (415) 436-6748
       neill.tseng@usdoj.gov
7
   Attorneys for the United States of America
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
11 IN RE: REQUEST FOR INTERNATIONAL          )  MISC. NO.
   JUDICIAL ASSISTANCE FROM THE FIRST        )
12 CIRCUIT COURT OF LOS SANTOS, LOS          )  **APPLICATION FOR ORDER PURSUANT TO**
   SANTOS PROVINCE, REPUBLIC OF              )  **28 U.S.C. § 1782; EXHIBIT "A"**
13 PANAMA; MATTER OF TESTATE                 )
   SUCCESSION ELI ARGELIS DIAZ (R.I.P.)      )
14                                           )
                                             )
15                                           )
                                             )
16
17     The United States of America petitions this Court for an order pursuant to 28 U.S.C. § 1782 and

18 on its own inherent authority appointing Assistant United States Attorney Neill T. Tseng as

19 Commissioner to collect evidence from witnesses within the jurisdiction of this Court and to take such

20 other action as is required to execute the request made by the First Circuit Court of Los Santos, Los

21 Santos Province, Republic of Panama, attached hereto as Exhibit "A".

22                                              Respectfully submitted,

23                                              MELINDA HAAG
                                                United States Attorney
24
25 DATED: August 21, 2013
                                                /s/ Neier
26                                              NEILL T. TSENG
                                                Assistant United States Attorney
27                                              Attorneys for the United States of America
28
   APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782
                                    1

# EXHIBIT A



# REPÚBLICA DE PANAMÁ
## ÓRGANO JUDICIAL
### Juzgado Primero del Circuito de Los Santos

## SOLICITUD DE ASISTENCIA INTERNACIONAL

**Autoridad Central Requirente:**    REPÚBLICA DE PANAMÁ

**Autoridad Central Requerida:**    ESTADOS UNIDOS DE AMÉRICA

**Demandante:**    FANNY ELDER, NIMIA DÍAZ, LISÍMACO ESPINO RIVERA Y LUKAS ESPINO, siendo menor de edad representado por su madre LUZ MARÍA RIVERA.

**Demandado:**    DIANA MARÍA ESCOBAR RUÍZ

**Clase de Diiigencia:**    SOLICITUD DE PRUEBAS

**Materia:**    FAMILIA

Departamento de Asuntos Jurídicos Internacionales
Palacio de Justicia "Gil Ponce"
Calle Culebra, Ancón
Teléfono (507) 212-7492
Panamá
2012



**ORGANO**
**JUDICIAL**
REPÚBLICA DE PANAMÁ
ÓRGANO JUDICIAL
JUZGADO PRIMERO DEL CIRCUITO DE LOS SANTOS

Proceso: Sucesión Testada de Eli Argelis Diaz (q.e.p.d.).
Demandante: Fanny Elder; Nimia A. Diaz A.; Lisimaco Espino Rivera; y Lukas
M. Espino Rivera, siendo menor de edad representado por su madre, Luz
Maria Rivera.
Demandado: Sucesion Testada de Eli Argelis Diaz (q.e.p.d.).
Expediente: Identificado con el Número de Entrada 253-11.

### SOLICITUD DE ASISTENCIA INTERNACIONAL

El Licenciado CESAR H. MORCILLO R., en su calidad de Juez Primero
de Circuito Civil de Los Santos, Provincia de Los Santos, República de Panamá,
Presenta sus saludos a las autoridades competentes de Estados Unidos de
Norte América.

### SOLICITA

Con fundamento en el principio de Reciprocidad a las Autoridades
Judiciales de Estados Unidos de Norte América, se sirvan suministrar a este
despacho judicial información que está siendo requerida dentro del Proceso de
Sucesión Testada de Eli Argelis Diaz (q.e.p.d.), que se adelanta en este
despacho y en la cual han sido declarados como herederos Fanny Elder; Nimia
A. Diaz A.; Lisimaco Espino Rivera; y Lukas M. Espino Rivera, siendo menor de
edad representado por su madre, Luz Maria Rivera, la Asistencia Internacional
que consiste en lo siguiente:

1. Certifiquen si la causante ELI ARGELIS DIAZ ó ELLY ARGELIS
   MACKENZIE siendo la misma persona, cedulada No. 8-193-803, de
   nacionalidad panameña, mantenía cuentas bancarias en ese país en los
   siguientes bancos: Bank Of América, Chestnut Street, 2200 Chestnut St,
   San Francisco CA, 650.615.4700, Banco Beethive Credit Union, P.O. Box
   65579, de Salt Lake City, UT 84165-0479, y en el Citibank de Las
   Ciudades de San José, San Francisco, y Los Angeles, Estado de
   California, de Los Estados Unidos de Norte América, además de
   establecerse el monto y el número de cuenta de las mismas.

### ANTECEDENTES

Este Tribunal requiere la asistencia detallada en la presente solicitud por
ser necesaria para los intereses de la Justicia ya que estas cuentas fueron
denunciadas como bienes herenciales según el Testamento Abierto elevado a
Documento Público, identificado con el Número de Escritura No. 525, fechada 11
de marzo de 2011.

La Presente Carta Rogatoria solicita que la Autoridad Judicial que
corresponda, de Estados Unidos de América, se sirva suministrar con destino a

este despacho si la causante ELI ARGELIS DIAZ ó ELLY ARGELIS MACKENZIE,    siendo la misma persona, cedulada No. 8-193-803, de nacionalidad panameña, mantenía alguna cuenta Bancaria, además de establecerse el monto y el número de cuenta de las misma.

Esta certificación se requiere para que figure como prueba y ser incluido como bien herencial, dentro del proceso de Sucesión Testada de la Finada ELI ARGELIS DIAZ, cedulada No. 8-193-803, quien falleció el día Diecinueve (19) de marzo de 2011, donde son sus herederos, sin perjuicio de terceros, Fanny Elder, Cedulada No. 7-36-73; Nimia A. Díaz A., cedulada No. 7-86-2236; Lisimaco Espino Rivera, cedulado No. 8-871-59; y Lukas M. Espino Rivera, siendo menor de edad representado por su madre, Luz Maria Rivera, cedulada No. 8-305-422, los cuales fueron declarados mediante el Auto No. 684, de fecha 23 de junio de 2011, con la finalidad que certifiquen si la causante ELI ARGELIS DIAZ ó ELLY ARGELIS MACKENZIE  siendo la misma persona, cedulada No. 8-193-803, de nacionalidad panameña, mantenía cuentas bancarias en este país en los siguientes bancos: Bank Of America, Chestnut Street, 2200 Chestnut St, San Francisco CA, 650.615.4700, Banco Beethive Credit Union, P.O. Box 65579, de Salt Lake City, UT 84165-0479, y en el Citibank de Las Ciudades de Las Ciudades de Las Ciudades de Las Ciudades de San José, San Francisco, y Los Angeles, Estado de California, de Los Estados Unidos de Norte América, además de establecerse el monto y el número de cuenta de las misma. Ya que estas cuentas fueron denunciadas como parte de bien herencial y que al momento de realizarse la adjudicación definitiva de los bienes debe de acreditarse la existencia y los montos de las mismas para así realizar las comunicaciones correspondientes a las entidades que así lo requieren.

### Estado Acual del Proceso

Actualmente el Proceso se encuentra en la etapa de denunciar bienes que deberán ser incluidos en la Diligencia de Inventario y Avalúo la cual se debe de realizar con todos aquellos que han sido denunciados como parte del haber herencial, y para tal efecto el Despacho Judicial ha emitido el Auto No. 653, fechada dieciocho (18) de junio de dos mil doce (2012), por el cual se admite la solicitud de oficiar a los bancos Bank Of America, Chestnut Street, 2200 Chestnut St, San Francisco CA, 650.615.4700, Banco Beethive Credit Union, P.O. Box 65579, de Salt Lake City, UT 84165-0479, y en el Citibank de Las Ciudades de San José, San Francisco, y Los Angeles, Estado de California, de Los Estados Unidos de Norte América, además de establecerse el monto y el número de cuenta de las misma.

NOTIFIQUESE,

LICDO. CESAR H. MORCILLO R.
JUEZ PRIMERO DEL CIRCUITO DE LOS SANTOS

LICDA. MARILUZ DOPESO M.
SECRETARIA

### IMPORTANCIA DE LA PRUEBA SOLICITADA

La presente Solicitud de Asistencia Internacional constituye para   el

Auto No. 653



JUZGADO PRIMERO DEL CIRCUITO DE LOS SANTOS. Las Tablas, Dieciocho (18) de Junio de dos mil doce (2012).

V I S T O S:

Se tiene al Licenciado LUIS FRANCISCO HUERTA, como apoderado especial de Lisimaco Espino Rivera, cedulado No. 8-871-59; y Lukas M. Espino Rivera, siendo menor de edad representado por su madre, Luz Maria Rivera, cedulada No. 8-305-422, en los términos y para los efectos del poder conferido, para solicitar de inclusión de sus mandantes como herederos de la finada ELI ARGELIS DIAZ (q.e.p.d.), como también para que se diligencia a fin de constatar si la causante mantenía cuentas bancarias en los bancos:  Bank Of América, Chestnut Street, 2200 Chestnut St, San Francisco CA, 650.615.4700, banco Beehive Credit Union, de Salt Lake City, UT 84165-0479, y en el Citibank de Las Ciudades de San José, San Francisco, y Los Angeles, Estado de California, de Los Estados Unidos de Norte América.

El Licenciado HUERTA, en calidad de pruebas aportas las siguientes: Cheques girados por la causante ELLY ARGELIS MCKENZIE, de bancos como BEEHIVE CREDIT UNION, Salt Lake City, y el cheque girado del Bank of America, Chestnut Street 2200 Chestnut St San Francisco California,

En cuanto a las solicitudes formuladas por el letrado antes mencionado este Juzgado es del Criterio que en base a lo señalado en la Convención Interamericana sobre Exhortos o Cartas Rogatorias ratificado por Panamá, y que en su Artículo VI establece: "cuando los exhortos o cartas rogatorias se transmitan por vía consular diplomática o por intermedio de la autoridad central será innecesario el requisito de la legalización" y sin necesidad de protocolo adicional, se debe de remitir la correspondiente carga rogatoria a fin de esclarecer las dudas en cuanto a las cuentas Bancarias que pertenecían a la finada ELI ARGELIS DIAZ (q.e.p.d.), y en cuanto a la solicitud de inclusión de sus mandantes como herederos tal y como es visible a fojas 11 del expediente mediante Auto No. 684, fechado veintitrés (23) de junio de dos mil once (2011), este Tribunal declarado tanto a Lisimaco Espino Rivera, cedulado No. 8-871-59; y Lukas M. Espino Rivera, siendo menor de edad representado por su madre, Luz Maria Rivera, cedulada No. 8-305-422, como herederos de la causante ELI ARGELIS DIAZ (q.e.p.d.).

Por lo antes expuesto, el suscrito Juez Primero de Circuito Civil de Los Santos, NIEGA, la solicitud de inclusión de Lisimaco Espino Rivera, cedulado No. 8-871-59; y Lukas M. Espino Rivera, siendo menor de edad representado por su madre, Luz Maria Rivera, cedulada No. 8-305-422, como herederos de la causante ELI ARGELIS DIAZ (q.e.p.d.),ya que ambas fueron declaradas herederos con anterioridad, y ADMITE en cuanto a que se ORDENA a los siguientes Bancos: Bank Of América, Chestnut Street, 2200 Chestnut St, San Francisco CA, 650.615.4700, banco Beehive Credit Union, de Salt Lake City, UT 84165-0479, y en el Citibank de Las Ciudades de San José, San Francisco, y Los Angeles, Estado de California, de Los Estados Unidos de Norte América, remitir la información solicitada en cuanto a si existen cuentas bancarias inscritas a nombre de ELI ARGELIS DIAZ ó ELLY ARGELIS MCKENZIE (q.e.p.d.), siendo la misma persona, cedulada No. 8-193-803, además de establecerse el monto y el numero de cuenta de las mismas.

NOTIFÍQUESE,

LICDO. CESAR H. MORCILLO R.
JUEZ PRIMERO DEL CIRCUITO DE LOS SANTOS

LICDA. MARILUZ DOPESO M.
SECRETARIA

CERTIFICO QUE _____ DE SU ORIGINAL

Hoy **6** d **Agosto** de **2012**

SECRETARIO

Órgano Judicial, una herramienta importante que coadyuvará a la correcta administración de Justicia.

## DOCUMENTOS

Ajunto se incluyen los siguientes Documentos:

1. Copia debidamente autenticada del Auto No. 653, fechada dieciocho (18) de junio de dos mil doce (2012), por el cual se admite la presente solicitud, y se dispone formalizar la asistencia requerida.
2. Copia debidamente autenticada de la Solicitud formulada por el Licenciado LUIS FRANCISCO HUERTAS, dentro del Proceso de Sucesión Testada de ELI ARGELIS DIAZ (q.e.p.d.).
3. Copia debidamente autenticada del Auto No. 684, fechado veintitrés (23) de junio de dos mil once (2011).

Comedidamente solicito a las Autoridades Judiciales de Los Estados Unidos de América, que la informacion requerida sea certificada de conformidad con la ley de su país.

El suscrito Juez Primero del Circuito Ramo Civil de la Provincia de Los Santos, República de Panamá, se permite ofrecer reciprocidad para los casos similares conforme a la ley y a los Tratados y Costumbres Internacionales y hace propicia la oportunidad para manifestarle su agradecimiento y consideracion.

Las Tablas, seis (6) de Agosto de dos mil doce (2012).

**LICDO. CESAR H. MORCILLO R.**
**JUEZ PRIMERO DEL CIRCUITO DE LOS SANTOS**

CERTIFICO QUE TODO LO ANTERIOR ES FIEL COPIA DE SU ORIGINAL

Hoy 5 de Septiembre de 2012

SECRETARIO





**ÓRGANO JUDICIAL**

## REPÚBLICA DE PANAMÁ

**APOSTILLE**
Convention De La Haye du 5 de octubre de1961

1. País : Panamá

El presente documento público:

2. Ha sido firmado por: **Lcda. MARILUZ  DOPESO M.**

3. Quien actúa en calidad de: Secretaria Judicial.

2. Y está revestido de sello/timbre del: Juzgado Primero, Ramo Civil de Circuito de Los Santos del

Cuarto Distrito Judicial  de Panamá.

## CERTIFICADO

5. En Panamá

6. El día veintiuno (21) de agosto de 2012.

7. Por el **Dr. CARLOS H. CUESTAS,** Secretario General de la Corte Suprema de Justicia  de  la

República de Panamá.

8. Bajo el número**: 0510**

9. Sello/Timbre                                             10. Firma

Dr. Carlos H. Cuestas G.
Secretario General
CORTE SUPREMA DE JUSTICIA

AUTO No. ... 684.

JUZGADO PRIMERO DEL CIRCUITO DE LOS SANTOS. Las Tablas, veintitrés (23) de junio dos mil once (2011).

VISTOS:

Se tiene a la Firma de Abogados HUERTA & HUERTA, como apoderados especiales de NIMIA AUGUSTA DIAZ ACEVEDO, cedulada No. 7-86-2236; en los términos y para los efectos del poder conferido, para solicitar la apertura del Proceso de Sucesión Testada de ELI ARGELIS DIAZ (q.e.p.d.), quien falleció el Diecinueve (19) de marzo de dos mil once (2011), con el Testamento Abierto otorgado mediante Escritura Pública No. 525, de 11 de marzo de 20111, de la Notaría Pública del Circuito de Herrera.

Acompañó como pruebas Certificado de defunción de la causante, Certificado de nacimiento de la poderdante, copia autenticada de la Escritura Publica No. 525, de 11 de marzo de 2011, de la Notaría Pública del Circuito de Herrera. por medio de la cual la causante otorga Testamento Abierto, certificado del Registro Público de Panamá de la finca No. 27354.

Por todo lo anterior, el suscrito Juez Primero del Circuito de Los Santos, DECLARA:

PRIMERO:   Que está abierto en este Tribunal el Proceso de Sucesión Testada de ELI ARGELIS DIAZ (q.e.p.d.), quien falleció el Diecinueve (19) de marzo de dos mil once (2011).

SEGUNDO:   Que son sus herederas, sin perjuicio de terceros, FANNY ELDER,

cedulada No. 7-36-73, NIMIA AUGUSTA DIAZ ACEVEDO, cedulada No. 7-86-2236, y a los menores hijos de la señora LUZ MARIA RIVERA, que son LISIMACO ESPINO RIVERA, Y LUCAS MIGUEL ESPINO RIVERA, los cuales serán representados por su madre.

TERCERO: Se ORDENA que comparezcan a estar a derecho en esta Sucesión todo el que tenga algún interés en ella, que se fije y publique el Edicto Emplazatorio correspondiente de conformidad con le previsto en el artículo 1510 del Código Judicial.

Anótese la entrada en el libro de registro respectivo.

NOTIFIQUESE,

LICDO. BRIGIDO A. ALONSO MOGORUZA
JUEZ PRIMERO DEL CIRCUITO DE LOS SANTOS
SUPLENTE ESPECIAL

LICDA. MARILUZ DOPESO M.
.SECRETARIA

SE ANOTO, LA ENTRADA EN EL LIBRO ADENTO EN EL LI
BRO RESPECTIVO HOJA NO. 295, HOY 27
DE JULIO . DE DOS MIL. 2011 ....
........................

LA SECRETARIA

CERTIFICO QUE TODO LO ANTERIOR ES FIEL COPIA DE SU ORIGINAL

Hoy 6 de agosto 2012





**ÓRGANO JUDICIAL**

### REPÚBLICA DE PANAMÁ

**APOSTILLE**
Convention De La Haye du 5 de octubre de1961

1. País : Panamá

El presente documento público:

2. Ha sido firmado por: **Lcda. MARILUZ DOPESO M.**

3. Quien actúa en calidad de: Secretaria Judicial.

2. Y está revestido de sello/timbre del: Juzgado Primero, Ramo Civil de Circuito de Los Santos del

Cuarto Distrito Judicial de Panamá.

### CERTIFICADO

5. En Panamá

6. El día veintiuno (21) de agosto de 2012.

7. Por el **Dr. CARLOS H. CUESTAS,** Secretario General de la Corte Suprema de Justicia de la

República de Panamá.

8. Bajo el número: **0518**

9. Sello/Timbre                    10. Firma

Dr. Carlos H. Cuestas G.
Secretario General
CORTE SUPREMA DE JUSTICIA

Poder

PROCESO DE SUCESIÓN TESTADA
DE LA FINADA ELI ARGELIS DÍAZ
(q.e.p.d.)

HONORABLE SEÑOR JUEZ PRIMERO DEL CIRCUITO DE LOS SANTOS:

Yo, **LUZ MARÍA RIVERA BARRÍA**, mujer, panameña, mayor de edad, soltera, con cedula de identidad personal N°.**8-305-422**, con domicilio en la Urbanización Villas del Cerrito, Distrito de Las Tablas, en representación de mi menor hijo **LUKAS MIGUEL ESPINO RIVERA**, con futura cédula N°.**8-882-2076** y **LISÍMACO ESPINO RIVERA**, cedulado N°.**8-871-59**, con el respeto que acostumbro, comparecemos ante su despacho a fin de otorgarle poder especial al Licenciado **LUIS FRANCISCO HUERTA**, varón, panameño, mayor de edad, abogado en ejercicio, cedulado N°.**7-700-1372**, localizable al teléfono **923-2154**, quien recibe notificaciones en los estrados del Tribunal, para que nos represente en el proceso de sucesión testada de la finada **ELI ARGELIS DÍAZ (q.e.p.d.).**

El Licenciado Huerta queda facultado para recibir, transigir, desistir, deferir, revocar, comprometer e interponer todas las acciones y recursos necesarios en este tipo de procesos.

Las Tablas, 27 de septiembre de 2011

**LUZ MARÍA RIVERA BARRÍA**
CÉD. N°.8-305-422

**LISÍMACO ESPINO RIVERA**
CÉD. N°.8-871-59

Acepto:

LICDO. LUIS FRANCISCO HUERTA J.
CÉD. N°.7-700-1372.

SOLICITUD PARA SER DECLARADOS
HEREDEROS

PROCESO DE SUCESIÓN
TESTADA DE LA FINADA
ELI ARGELIS DÍAZ (q.e.p.d.)

HONORABLE SEÑOR JUEZ PRIMERO DEL CIRCUITO DE LOS SANTOS,
RAMO CIVIL, E.S.D.:

Yo, **LUIS FRANCISCO HUERTA J.,** abogado en ejercicio, en nombre y
representación de la señora **LUZ MARÍA RIVERA BARRÍA,** en su condición
de madre y representante legal del menor **LUKAS MIGUEL ESPINO
RIVERA** y **LISÍMACO ESPINO RIVERA,** todos de generales conocidas en el
poder que antecede, comparezco ante ese despacho, a su digno cargo, a fin de
solicitarle declare como herederos de la finada **ELI ARGELIS DÍAZ
(q.e.p.d.)** a mis hijos **LUKAS MIGUEL ESPINO RIVERA,** con futura cédula
**N°.8-882-2076** y **LISÍMACO ESPINO RIVERA,** cedulado **N°.8-871-59,** en
virtud que mediante testamento otorgado ante la Notaria de Circuito de Herrera,
elevado a Escritura Pública N°.525 de 11 de marzo de 2011, la finada manifiesta
entre sus voluntades que cualquier otra cuenta bancaria que se encuentre a su
nombre dentro o fuera del país, pasen a manos de los menores **LUKAS
MIGUEL ESPINO RIVERA,** con futura cédula **N°.8-882-2076** y
**LISÍMACO ESPINO RIVERA**, cedulado N°.**8-871-59.**

**FUNDO LA SOLICITUD EN LOS SIGUIENTE HECHOS:**

**PRIMERO:** Que la señora Nimia Augusta Díaz Acevedo, ha solicitado la
apertura de la sucesión testada de la finada **ELI ARGELIS DÍAZ.**

**SEGUNDO:** Que mediante resolución N°.684 de fecha 23 de junio de 2011 se
declara como herederos dentro de la sucesión a FANNY ELDER, cedulada No.7-
36-73, NIMIA AUGUSTA DÍAZ ACEVEDO, cedulada No.7-86-2236 y a los
menores hijos de la señora LUZ MARÍA RIVERA, que son LISIMACO ESPINO



RIVERA y LUCAS MIGUEL ESPINO RIVERA.

**TERCERO**: Que en testamento otorgado mediante la Escritura Pública N°.525 de 11 de marzo de 2011, la finada **ELI ARGELIS DÍAZ** manifiesta entre sus voluntades que cualquier otras cuentas bancarias que se encuentre a su nombre dentro o fuera del país, pasen a manos de los menores **LUKAS MIGUEL ESPINO RIVERA**, con futura cédula **N°.8-882-2076** y **LISÍMACO ESPINO RIVERA**, cedulado **N°.8-871-59**, bajo la administración de su madre, señora **LUZ MARÍA RIVERA BARRÍA**, cedulada N°.**8-305-422**.

**SOLICITUD** : Pido al Tribunal que en acatamiento a la voluntad de la causante se declare como sus herederos a los jóvenes **LUKAS MIGUEL ESPINO RIVERA**, con futura cédula **N°.8-882-2076** y **LISÍMACO ESPINO RIVERA**, cedulado **N°.8-871-59** y consecuentemente se les adjudique las cuentas bancarias que se encuentre a su nombre dentro o fuera del país.

**ACLARACIÓN** y **PRUEBAS:** En vista que la finada contaba con dos nacionalidades, es decir, la panameña y la estadounidense, en virtud de lo cual empleaba dos nombres: **ELI ARGELIS DÍAZ**, con cédula **N°.8-193-803**, y **ELLY ARGELIS McKENZIE**, solicito al tribunal, en función de acreditar este hecho que oficie a la Cancillería, Ministerio de Relaciones Exteriores, ciudad de Panamá, certifique dicha situación, y corroborar que se trata de la misma persona.

Igual se diligencie para constatar si la causante **ELLY ARGELIS McKENZIE**, mantenía cuentas bancarias en los bancos, **BANK OF AMERICA**, Chestnut Street, 2200 Chestnut St, San Francisco CA, 650.615.4700; **BEEHIVE CREDIT UNION**, de Salt Lake City, UT 84165-0479 y en el Citibank de las ciudades de San José, San Francisco y Los Ángeles, Estado de California de los Estados Unidos, y cuál es el estado de las mismas.

Gire oficio a la Superintendencia Bancaria de la República de Panamá, nos avalen en que bancos mantenía cuentas la señora **ELI ARGELIS DÍAZ (q.e.p.d.)**, y su actual estado.

Aportamos cheques girados por la causante **ELLY ARGELIS McKENZIE**, en donde consta que mantenía cuentas bancarias, en entidades crediticias como: **BANK OF AMERICA**, Chestnut Street 2200 Chestnut St San Francisco CA 650.615.4700; **BEEHIVE CREDIT UNION**, de Salt Lake City, UT 84165-0479.

Las Tablas, 27 de septiembre de 2011

**LIC. LUIS FRANCISCO HUERTA J.**
**CÉD. 7-700-1372**.

CERTIFICO QUE TODO LO ... ... ... ... ... L. SU ORIGINAL.

Hoy _16_ de _agosto_ _16-19_ _2012_





**REPÚBLICA DE PANAMÁ**

**APOSTILLE**
Convention De La Haye du 5 de octubre de1961

1. País : Panamá

El presente documento público:

2. Ha sido firmado por: **Lcda. MARILUZ DOPESO M.**

3. Quien actúa en calidad de: Secretaria Judicial.

2. Y está revestido de sello/timbre del: Juzgado Primero, Ramo Civil de Circuito de Los Santos del

Cuarto Distrito Judicial de Panamá.

**CERTIFICADO**

5. En Panamá

6. El día veintiuno (21) de agosto de 2012.

7. Por el **Dr. CARLOS H. CUESTAS,** Secretario General de la Corte Suprema de Justicia de la

República de Panamá.

8. Bajo el número: **0516**

9. Sello/Timbre                          10. Firma

Dr. Carlos H. Cuestas G.
Secretario General
CORTE SUPREMA DE JUSTICIA





**REPÚBLICA DE PANAMÁ**

**APOSTILLE**
Convention De La Haye du 5 de octubre de1961

1.  País : Panamá

El presente documento público:

2.  Ha sido firmado por: **Lcda. MARILUZ DOPESO M.**

3.  Quien actúa en calidad de: Secretaria Judicial.

2.  Y está revestido de sello/timbre del: Juzgado Primero, Ramo Civil de Circuito de Los Santos del

Cuarto Distrito Judicial de Panamá.

**CERTIFICADO**

5.  En Panamá

6.  El día veintiuno (21) de agosto de 2012.

7.  Por el **Dr. CARLOS H. CUESTAS,** Secretario General de la Corte Suprema de Justicia de la

República de Panamá.

8.  Bajo el número: **0521**

9.  Sello/Timbre                    10. Firma

Dr. Carlos H. Cuestas G.
Secretario General
CORTE SUPREMA DE JUSTICIA

Las Tablas, August six (6), two thousand and twelve (2012).

Seal
The 1st Judicial Circuit
Court, Civil Branch
Los Santos, Republic of
Panama, Judiciary Body

**(Ilegible signature)**
**CESAR H. MORCILLO R., LL.B.,**
**First Circuit Civil Judge of Los Santos**

I HEREBY CERTIFY THAT THE
FOREGOING IS A TRUE COPY OF
THE     ORIGINAL     DOCUMENT.

_____ day of _____,  _____

**(Illegible signature)**

CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I HEREBY CERTIFY THAT THE ABOVE DOCUMENT IS A
VALID AND TRUE TRANSLATION OF THE DOCUMENT
PRESENTED TO ME IN THE SPANISH LANGUAGE.

*Martha J. Martinez de Kimmell*
Traductora Pública Autorizada
Resuelto N° 2,181 del 12 de mayo, 2011
Ministerio de Educación
Secretaría General

REPUBLIC OF PANAMA
# JUDICIARY BODY

## REPUBLIC OF PANAMA

### APOSTILLE
(CONVENTION DE LA HAYE DU 5 OCTOBRE 1961)

1. Country: Panama

This public document:

2. Has been signed by: **MARILUZ DOPESO M., LL.B.**

3. Acting in the capacity of: Court Clerk.

2. Bears the seal/stamp of: the First Circuit Court of Los Santos, Civil Branch, Fourth Judicial District of Panama.

CERTIFIED

5. In Panama

6. The twenty-one (21) day of August of 2012.

7. By **CARLOS H. CUESTAS, J.D.**, Clerk of the Supreme Court of Justice of the Republic of Panama

8. No.: 0510

9. Seal/Stamp                                     10. Signature

REPUBLIC OF PANAMA                    Illegible
SUPREME COURT OF JUSTICE        Carlos H. Cuestas G., J.D.
CLERK OF COURT                            CLERK OF COURT
                                                THE SUPREME COURT OF JUSTICE

*********************************************************************

I HEREBY CERTIFY THAT THE ABOVE DOCUMENT IS A
VALID AND TRUE TRANSLATION OF THE DOCUMENT
PRESENTED TO ME IN THE SPANISH LANGUAGE.

*Mertha J. Martínez de Kimmell*
Traductora Pública Autorizada
Resuelta N° 2,181 del 12 de mayo, 2011
Ministerio de Educación
Secretaría General

11/

WRIT No. ... 684.

FIRST CIRCUIT COURT OF LOS SANTOS. Las Tablas, twenty third (23) of June, two thousand and eleven (2011).

Seal
The 1st Judicial Circuit
Court, Civil Branch
Los Santos, Republic of
Panama, Judiciary Body

WHEREAS:

The Law Firm of HUERTA & HUERTA is to be regarded as the special appointees of NIMIA AUGUSTA ACEVEDO DIAZ, personal identification numbered No. 7-86-2236; on the terms and for the purposes of the power conferred, to request the opening of the testate succession case matter of ELI ARGELIS DIAZ (R.I.P.), who died on the nineteen (19) of March two thousand eleven (2011), with the Mystic Testament, upgraded as a Deed, identified under No. 525, dated March 11, 2011, from the Notary Public Office of the Circuit of Herrera.

The following evidence was submitted: Death certificate of the person from whom the right is derivated; Birth certificate of the constituent; a certified copy of the Deed No. 525, of March 11, 2011, from the Notary Public Office of the Circuit of Herrera, by means of which the person from who the right is derivated executes a Mystic Testament; title certification issued                              by                              the Panama' Registry of Deeds Office of the real property No. 27354.

Given the above, the undersigned First Circuit Judge of Los Santos, DECLARES:

FIRST: That it is open in this Court the Testate Succession Case Matter of ELI ARGELIS DIAZ (R.I.P.), who died on the Nineteen (19) of March, two thousand eleven (2011).

Martha J. Martínez de Kimmell
Traductora Pública Autorizada
Resuelto Nº 2,181 del 12 de mayo, 2011
Ministerio de Educación
Secretaría General

SECOND: That her heirs, without prejudice of third parties' legal rights and Claims, are: FANNY ELDER, personal identification numbered No. 7-36-73, NIMIA AUGUSTA DIAZ ACEVEDO, personal identification numbered No. 7- 86- 2236, and the minor children of LUZ MARIA RIVERA, who are LISIMACO ESPINO RIVERA AND LUCAS MIGUEL ESPINO RIVERA, which will be represented by their mother.

THREE: That is ORDERED to summons all with any interest in this Succession to rightfully appear; the corresponding Notice of Summons to be posted and published according to article 1510 of the Judicial Code.

Entry to be recorded on the respective registry.

TO BE NOTIFIED,

Seal
The 1st Judicial Circuit
Court, Civil Branch
Los Santos, Republic of Panama
Judiciary Body

(Illegible signature)

BRIGIDO A. ALONSO MOGORUZA, LL.B.,
FIRST CIRCUIT CIVIL JUDGE OF LOS SANTOS
SPECIAL SUBSTITUTE

(Illegible signature)

MARILUZ DOPESO M., LL.B.
CLERK

THIS CASE MATTER WAS RECORDED ON THE RESPECTIVE
REGISTRY UNDER No. 253 ON THIS DATE 29 OF MAY TWO
THOUSAND 2011

Illegible signature
CLERK

Martha J. Martínez de Kimmell
Traductora Pública Autorizada
Resuelto N° 2,181 del 12 de mayo, 2011
Ministerio de Educación
Secretaría General

I HEREBY CERTIFY THAT THE

REPUBLIC OF PANAMA
# JUDICIARY BODY

## REPUBLIC OF PANAMA

### APOSTILLE
(CONVENTION DE LA HAYE DU 5 OCTOBRE 1961)

1. Country: Panamá

This public document:

2. Has been signed by: **MARILUZ DOPESO M., LL.B.**

3. Acting in the capacity of: Court Clerk.

2. Bears the seal/stamp of: the First Circuit Court of Los Santos, Civil Branch, Fourth Judicial District of Panama.

CERTIFIED

5. In Panama

6. The twenty-one (21) day of August of 2012.

7. By **CARLOS H. CUESTAS, J.D.**, Clerk of the Supreme Court of Justice of the Republic of Panama

8. No.: 0518

9. Seal/Stamp                    10. Signature

REPUBLIC OF PANAMA              Illegible
SUPREME COURT OF JUSTICE     Carlos H. Cuestas G., J.D.
CLERK OF COURT                     CLERK OF COURT
                                THE SUPREME COURT OF JUSTICE

*********************************************************************
I HEREBY CERTIFY THAT THE ABOVE DOCUMENT IS A
VALID AND TRUE TRANSLATION OF THE DOCUMENT
PRESENTED TO ME IN THE SPANISH LANGUAGE.

*Maritza J. Martínez de Kimmell*
Traductora Pública Autorizada
Resuelt: N° 2,181 del 12 de mayo, 2011
Ministerio de Educación
Secretaría General

Power of Attorney                                                    16/

> IN THE TESTATE SUCCESSION
> CASE MATTER OF THE LATE
> ELI        ARGELIS        DIAZ
> (R.I.P.)

HONORABLE FIRST CIRCUIT JUDGE OF LOS SANTOS:

I, **LUZ MARIA RIVERA BARRIA**, female, Panamanian citizen, legal of age. single, with personal identity document No. **8-305-422**, residing in Urbanizacion Villas del Cerrito, District of Las Tablas, on behalf of my minor son **LUKAS MIGUEL ESPINO RIVERA**, future holder of the personal identification document No. 8-882-2076 and **LISIMACO ESPINO RIVERA**, with personal identification document No. **8-871-59**, with all due and accustomed respect, we do appear before this office to give special power of attorney to **LUIS FRANCISCO HUERTA**, Esquire, male, Panamanian citizen, of legal age, practicing lawyer, with personal identification document No. **7 - 700-1372**, reachable by phone at **923-2154**, who can be served at this Courtroom, for him to represent us in the Testate Succession Case Matter of the late **ELI ARGELIS DIAZ (R.I.P.)**.

Attorney Huerta is duly authorized to accept, compromise, abandon, defer, revoke, commit and file all actions and resources needed for his type of matter.

> Seal
> The 1st Judicial Circuit Court
> Civil Branch
> Los Santos, Republic of
> Panama, Judiciary Body

Las        Tablas,        September        27,        2011.

Illegible signature

*Martha J. Martínez de Kimmell*
Traductora Pública Autorizada
Resuelto Nº 2,181 del 12 de mayo, 2011
Ministerio de Educación
Secretaría General

**LUZ MARIA RIVERA BARRIA**
**I.D. No. 8-305-422**

Illegible signature

**LISIMACO ESPINO RIVERA**
**I.D. No. 8-871-59**

Illegible signature

11 SEPT. 28  4:54PM          I do accept:

Illegible signature

**LUIS FRANCISCO HUERTA J., Attorney**
**I.D. No. 7-700-1372**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I HEREBY CERTIFY THAT THE ABOVE DOCUMENT IS A VALID
AND TRUE TRANSLATION OF THE DOCUMENT PRESENTED TO ME
IN THE SPANISH LANGUAGE.

*Martha J. Martínez de Kimmell*
Traductora Pública Autorizada
Resuelto N° 2,181 del 12 de mayo, 2011
Ministerio de Educación
Secretaría General

17/

REQUEST FOR DECLARATION
AS HEIRS

IN THE TESTATE
SUCCESSION CASE MATTER
OF THE LATE
ELI      ARGELIS      DIAZ
(R.I.P.)

HONORABLE FIRST CIRCUIT JUDGE OF LOS SANTOS, CIVIL
BRANCH:

I, **LUIS FRANCISCO HUERTA J.** , Practicing lawyer, on behalf
of and representing **LUZ MARIA RIVERA BARRIA**, in her capacity
as the mother and legal representative of **LUKAS MIGUEL ESPINO
RIVERA** and **LISIMACO ESPINO RIVERA**, all whom with
personal date known on the preceding Power of Attorney , do appear
before this office under your post, to request that my children **LUKAS
MIGUEL ESPINO RIVERA**, future holder of the personal
identification document No. 8-882-2076 and **LISIMACO ESPINO
RIVERA**, with personal identification document No. **8-871-59**, be
declared as Heir of the late **ELIS ARGELIS DIAZ (R.I.P.),** by virtue
of  the testament executed before Notary Public of the Circuit of
Herrera, upgraded as a Deed, identified under No. 525, dated March 11,
2011, on which, among the deceased statements, she declared that any
other bank account found under her name inside or outside the country
be handed to the minor children **LUKAS MIGUEL ESPINO
RIVERA**, future holder of the personal identification document No. 8-
882-2076 and **LISIMACO ESPINO RIVERA**, with personal
identification document No. **8-871-59.**

**THIS REQUEST IS BASED ON THE FOLLOWING FACTS**:

Seal
The 1st Judicial Circuit Court
Civil Branch, Los Santos,
Republic of Panama, Judicial Body

**FIRST**: That Misses Nimia Augusta Diaz Aceyedo has requested the

Martha J. Martinez de Kimble
Traductora Pública Autorizada
**Resuelto** Nº 2,181 del 12 de mayo, 2011
Ministerio de Educación
Secretaría General

opening of the testate succession of the late **ELI ARGELIS DIAZ**.

**SECOND**: That by Writ No. 684 dated June 23, 2011 FANNY ELDER, personal identification document numbered 7-36-73, NIMIA AUGUSTA DIAZ ACEVEDO, personal identification document numbered 7-86-2236 and the minor children of LUZ MARIA RIVERA, who are LISIMACO ESPINO RIVERA and LUKAS MIGUEL ESPINO RIVERA, were declared as heirs.

Seal     **18/**

The 1st Judicial Circuit Court
Civil Branch, Los Santos,
Republic of Panama, Judicial Body

**THIRD**: That by the will executed on Deed, identified under No. 525, dated March 11, 2011, the late **ELI ARGELIS DIAZ,** among the deceased statements, she declared that any other bank account found under her name in or outside the country be handed to the minor children **LUKAS MIGUEL ESPINO RIVERA,** future holder of the personal identification document No. 8-882-2076 and **LISIMACO ESPINO RIVERA,** with personal identification document No. **8-871-59,** under the administration of their his mother, Mrs. **LUZ MARIA RIVERA BARRIA,** personal identification No. **8-305-422**.

**REQUEST**: I hereby ask the Court that, in obedience to the will of the deceased youngsters **LUKAS MIGUEL ESPINO RIVERA,** future holder of the personal identification document No. 8-882-2076 and **LISIMACO ESPINO RIVERA,** with personal identification document No. **8-871-59**, be declared as her heirs and consequently be awarded the bank accounts in the name you are inside or outside the country.

**DISCLAIMER AND EVIDENCE**: Given that the deceased had two nationalities, the Panamanian citizenship and the American citizenship,

*Martha J. Martínez de Kimmell*
Traductora Pública Autorizada
Resuelto N° 2,181 del 12 de mayo, 2011
Ministerio de Educación
Secretaría General

in virtue of which she used two names: **ELI ARGELIS DIAZ,** with personal identification document No. 8-193-803, and **ELLY ARGELIS McKENZIE,** we ask this Court, in order to certify this fact, to forward an official letter to the Ministry of Foreign Affairs, Panama City, requesting that the same be certified and confirm that this is the same person.

As well as to put the matter through by taking the necessary steps to show if the deceased **ELLY ARGELIS MCKENZIE,** held bank accounts in the following banks: **BANK OF AMERICA,** Chestnut Street, 2200 Chestnut St, San Francisco CA, 650.615.4700; **BEEHIVE CREDIT UNION,** Salt Lake City, UT 84165-0479 Citibank and at the Citibank, in the cities of San Jose, San Francisco and Los Angeles, state of California of the United States, and what is the status of the same.

To forward an official letter to Banking Supervisory Office of the Republic of Panama, to submit the evidence showing the accounts Mrs. **ELI ALRGELIS DIAZ (R.I.P.)** held and the current state.

We hereby submit checks drawn by the deceased **ELLY ARGELIS MCKENZIE,** where it shown she has maintained bank accounts in bank institutions such as: **BANK OF AMERICA,** Chestnut Street 2200 Chestnut St San Francisco CA 650.615.4700; **BEEHIVE CREDIT UNION,** Salt Lake City, UT 84165 -0479

> Seal
> The   1st   Judicial   Circuit
> Court,       Civil       Branch
> Los Santos, Republic
> of Panama, Judiciary Body

Las Tablas, September 27, 2011

Illegible signature

**Martha J. Martínez de Kimmell**
Traductora Pública Autorizada
Resuelto Nº 2,181 del 12 de mayo, 2011
Ministerio de Educación
Secretaría General

LUIS FRANCISCO HUERTA J.
I.D. No. 7-700-1372

Illegible signature

11 SEPT. 28  4:54PM

I HEREBY CERTIFY THAT THE
FOREGOING PAGES 16-19 ARE
TRUE COPIES OF THE ORIGINAL
DOCUMENTS.

Today,     August     6,     2012

(Illegible signature)
Mariluz Dopeso M.

*******************************************************************

I HEREBY CERTIFY THAT THE ABOVE DOCUMENT IS A VALID
AND TRUE TRANSLATION OF THE DOCUMENT PRESENTED TO ME
IN THE SPANISH LANGUAGE.

*Martha J. Martínez de Kimmell*
Traductora Pública Autorizada
Resuelto N° 2,181 del 12 de mayo, 2011
Ministerio de Educación
Secretaría General

REPUBLIC OF PANAMA
## JUDICIARY BODY

### REPUBLIC OF PANAMA

### APOSTILLE
(CONVENTION DE LA HAYE DU 5 OCTOBRE 1961)

1. Country: Panamá

This public document:

2. Has been signed by: **MARILUZ DOPESO M., LL.B.**

3. Acting in the capacity of: Court Clerk.

2. Bears the seal/stamp of: the First Circuit Court of Los Santos, Civil Branch, Fourth
Judicial District of Panama.

CERTIFIED

5. In Panama

6. The twenty-one (21) day of August of 2012.

7. By **CARLOS H. CUESTAS, J.D.**, Clerk of the Supreme Court of Justice of the
Republic of Panama

8. No.: 0516

9. Seal/Stamp                          10. Signature

REPUBLIC OF PANAMA                     Illegible
SUPREME COURT OF JUSTICE       Carlos H. Cuestas G., J.D.
CLERK OF COURT                        CLERK OF COURT
                              THE SUPREME COURT OF JUSTICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
I HEREBY CERTIFY THAT THE ABOVE DOCUMENT IS A
VALID AND TRUE TRANSLATION OF THE DOCUMENT
PRESENTED TO ME IN THE SPANISH LANGUAGE.

*Martha J. Martínez de Kimmell*
Traductora Pública Autorizada
Resuelto N° 2,181 del 12 de mayo, 2011
Ministerio de Educació
Secretaría General

Seal
Pie for Judicial Cirenit
Count Civil Branch
Los Santos, Republic of
Panama, Judicial Seal

### WRIT No. ... 653

FIRST CIRCUIT COURT OF LOS SANTOS. Las Tablas, Eighteen (18) of June, two thousand and twelve (2012).

WHEREAS:

Attorney  LUIS FRANCISCO HUERTA,  is to be regarded as the special appointee for Lisimaco Espino Rivera, with personal identification document No. 8-871-59, and Lukas M. Espino Rivera, a minor, represented by his mother, Luz Maria Rivera, with personal identification document No. 8-305-422, on the terms and for the purposes of the conferred power to request the inclusion of his constituents as heirs of the late ELI ARGELIS DIAZ (R.I.P.), as well as to put the matter through by taking the necessary steps to show if the deceased held bank accounts in the following banks: Bank of America, Chestnut Street, 2200 Chestnut St, San Francisco CA, 650.615.4700;  Beehive Credit Union, Salt Lake City, UT 84165-0479, and Citibank in the cities of San Jose, San Francisco, and Los Angeles, State of California, of the United States                            of                            America.

As evidence, Attorney HUERTA provided the following documents: Checks drawn by deceased ELLY ARGELIS MCKENZIE, from banks such as BEEHIVE CREDIT UNION, Salt Lake City, and a check drawn from Bank of America, Chestnut Street 2200, Chestnut St., San Francisco, California.

With regard to requests made by the counselor before this Court, it is the Court´s opinion that, based on what is noted on the Interamerican Convention on Exhorts or Letters Rogatory as ratified by Panama, and in its Article VI states: "when exhorts or letters rogatory are transmitted through diplomatic

*Martha J. Martínez de Kimmel*
Martha J. Martínez de Kimmel
Traductora Pública Autorizada
Resuelto Nº 2,181 del 12 de enero, 2011
Ministerio de Educación
Secretaría General

Seal
The 1st Judicial Circuit
Court, Civil Branch
Los Santos, Republic of
Panama, Judiciary Body

consular manner or through the central authority the legalization requirement will be unnecessary" and without additional protocol, the corresponding letter rogatory will be submitted for purposes of clarifying the doubts regarding the bank accounts belonging to the late ELI ARGELIS DIAZ (R.I.P.), and as to the request for inclusion of his constituents as heirs, as it is visible in page 11 of the case file, by Writ No. 684, dated twenty-three (23) of June two thousand eleven (2011), this Court declared both Lisimaco Espino Rivera, personal identification document No. 8-871-59; and Lukas M. Espino Rivera, being a minor, represented by his mother, Luz Maria Rivera, personal identification document No. 8-305-422, as heirs of the deceased ELI ARGELIS                              DIAZ                         (R.I.P.)

Due to the above, the undersigned First Circuit Civil Judge of Los Santos, DENIES the request for the inclusion of Lisimaco Espino Rivera, with personal identification document No. 8-871-59, and Lukas M. Espino Rivera, a minor, represented by his mother, Luz Maria Rivera, with personal identification document No. 8-305-422, as heirs of the deceased ELI ARGELIS DIAZ (R.I.P.), since both were previously declared as heirs, and ADMITTS as of that is ORDER for the following banks: Bank of America Chestnut Street, 2200 Chestnut St., San Francisco, CA, 650.615.4700; Beehive Credit Union bank, Salt Lake City, UT 84165-0479, and Citibank in the cities of San Jose, San Francisco, and Los Angeles, State of California, of the United States of America, to forward the requested information as to whether there are bank accounts registered in the name of ELI ARGELIS DIAZ a.k.a. ELLY ARGELIS MCKENZIE (R.I.P.), with personal identification document No. 8-193-803, also to establish the amount and the account                 numbers              of              the              same.

*Martha J. Martínez de Kimmell*
Traductora Pública Autorizada
Resuelto N° 2,181 del 12 de mayo, 2011
Ministerio de Educación
Secretaría General

TO BE NOTICED,

(Illegible signature)

CESAR H. MORCILLO R., LL.B.,
First Circuit Civil Judge of Los Santos

(Illegible signature)

MARILUZ DOPESO M., LL.B.
CLERK

I HEREBY CERTIFY
THAT THE FOREGOING
IS A TRUE COPY OF THE
ORIGINAL       DOCUMENT.

Today,     August     6,     2012

Illegible signature)

Clerk

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I HEREBY CERTIFY THAT THE ABOVE DOCUMENT IS A VALID
AND TRUE TRANSLATION OF THE DOCUMENT PRESENTED TO ME
IN THE SPANISH LANGUAGE.

*Martha J. Martínez de Kimmell*
Traductora Pública Autorizada
Resuelto N° 2,181 del 12 de mayo, 2011
Ministerio de Educación
Secretaría General

REPUBLIC OF PANAMA
# JUDICIARY BODY

## REPUBLIC OF PANAMA

### APOSTILLE
(CONVENTION DE LA HAYE DU 5 OCTOBRE 1961)

1. Country: Panamá

This public document:

2. Has been signed by: **MARILUZ DOPESO M., LL.B.**

3. Acting in the capacity of: Court Clerk.

2. Bears the seal/stamp of: the First Circuit Court of Los Santos, Civil Branch, Fourth Judicial District of Panama.

CERTIFIED

5. In Panama

6. The twenty-one (21) day of August of 2012.

7. By **CARLOS H. CUESTAS, J.D.**, Clerk of the Supreme Court of Justice of the Republic of Panama

8. No.: 0521

9. Seal/Stamp                                    10. Signature

REPUBLIC OF PANAMA                    Illegible
SUPREME COURT OF JUSTICE      Carlos H. Cuestas G., J.D.
CLERK OF COURT                          CLERK OF COURT
                                          THE SUPREME COURT OF JUSTICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
I HEREBY CERTIFY THAT THE ABOVE DOCUMENT IS A
VALID AND TRUE TRANSLATION OF THE DOCUMENT
PRESENTED TO ME IN THE SPANISH LANGUAGE.

*Martha J. Martínez de Kimme*"
Traductora Pública Autorizada
Resuelto Nº 2,181 del 12 de mayo, 2011
Ministerio de Educación
Secretaría General

|                                                                              | Seal                                                                                                        |
| ---------------------------------------------------------------------------- | --------------------------------------------------------------------------------------------------------- |
| **JUDICIARY BODY**                                                           | The 1st Judicial Circuit<br>Court, Civil Branch                                                            |
| **REPUBLIC OF PANAMA**<br>**JURICIARY BODY**                                 | Los Santos. Republic of<br>Panama. Judiciary Body                                                         |

**FIRST CIRCUIT COURT OF LOS SANTOS**

Case matter: Testate Succession Eli Argelis Diaz (R.I.P.).
Plaintiff: Fanny Elder; Nimia A. Diaz A.; Lisimaco Espino Rivera, and Lukas M. Espino Rivera, a minor, represented by his mother, Luz Maria Rivera.
Respondent: Testate Succession of Eli Argelis Diaz (R.I.P.).
File: Identified with the entry number 253-11.

### REQUEST FOR INTERNATIONAL ASSISTANCE

CESAR H. MORCILLO R., LL.B., in his capacity as First Circuit Civil Judge of Los Santos, Los Santos Province, Republic of Panama, presents his compliments to the competent authorities of the United States of America.

### REQUESTS

Based on the Principle of Reciprocity by means of this request seeks to the Judicial Authorities of the United States of America, to submit to this office the information requested within the Testate Succession Case Matter of Eli Argelis Diaz (R.I.P.), which is heard in this office and in which Fanny Elder; Nimia A. Diaz A.; Lisimaco Espino Rivera, and Lukas M. Espino Rivera, a minor, represented by his mother, Luz Maria Rivera, had been declared as heirs, for which the international assistance sought consists of the following:

1. To certify if ELI ARGELIS DIAZ a.k.a. ELLY ARGELIS MACKENZIE, the person from who the right derivates, personal identification numbered No. 8-193-803, a Panamanian citizen, held bank accounts in that country in the following banks: Bank of America, Chestnut Street 2200 Chestnut St, San Francisco CA, 650.616.4700, Beethive bank Credit Union, Salt Lake City, UT 84165-0479, and Citibank in the cities of San Jose, San Francisco and Los Angeles, State of California, of the United States of North America, in addition to determining the amount and the account number of the same.

### BACKGROUND

The Court deems the assistance described herein as necessary in the interests of Justice as these accounts were reported as gross estate upon the Mystic Testament, upgraded as a Deed, Identified under No. 525, dated March 11, 2011.

*Martha J. Martinez de Kimmel*
Traductora Pública Autorizada
Resuelto N° 2,181 del 12 de mayo, 2011
Ministerio de Educación
Secretaría General

This Current Letter Rogatory seeks the appropriate Judicial Authority of the United States of America, to submit to this office if ELI ARGELIS DIAZ a.k.a. ELLY ARGELIS MACKENZIE, the person from who the right derivates, personal identification numbered No. 8-193-803, a Panamanian citizen, held any Bank account, in addition to determining the amount and the account number of the same.

This certification is required to be listed as evidence and to be included as gross estate, within the Testate Succession Case Matter of the late ELI ARGELIS DIAZ (R.I.P.), personal identification numbered No. 8-193-803, who died on the nineteen (19) of March 2011, where Fanny Elder, personal identification numbered No. 7-36-73; Nimia A. A. Diaz, personal identification numbered No. 7-86-2236; Lisimaco Espino Rivera, personal identification numbered No. 8-871-59, and Lukas M. Espino Rivera, a minor, represented by his mother, Luz Maria Rivera, personal identification numbered No. 8-305-422, are her heirs, declared as such without prejudice of third parties´ legal rights and claims, by Order No. 684, dated June 23, 2011, in order to certify if ELI ARGELIS DIAZ a.k.a. ELLY ARGELIS MACKENZIE, the person from who the right derivates, personal identification numbered No. 8-193-803, a Panamanian citizen, held bank accounts in that country in the following banks: Bank of America, Chestnut Street 2200 Chestnut St, San Francisco CA, 650.616.4700, Beethive bank Credit Union, Salt Lake City, UT 84165-0479, and Citibank in the cities of San Jose, San Francisco and Los Angeles, State of California, of the United States of North America, in addition to determining the amount and the account number of the same. Since these accounts were reported as part of the gross estate and that by the time of the final award of the estate, the existence and amounts of such must be credited so that the communications with the corresponding required entities can be performed.

### Current status

At present time, the current matter is in the stage of reporting assets that should be included in the Inventory and Appraisal judicial proceeding which should include all those that have been reported as part of the inheritance assets, and for this purpose the Office has issued Order No. 653, dated eighteen (18) of June two thousand and twelve (2012), for which the request to summons the banks Bank of America, Chestnut Street 2200 Chestnut St, San Francisco CA, 650.616.4700, Beethive bank Credit Union, Salt Lake City, UT 84165-0479, and Citibank in the cities of San Jose, San Francisco and Los Angeles, State of California, of the United States of America, was admitted, in addition to determining the amount and the account numbers of the same.

TO BE NOTICED,

*Martha J. Martínez* ᴸ. ᐟ ᐟ ᴸᴵᴵ
Traductora Pública Autorᵢₐₐ ᐧ
Resuelto N° 2,181 del 17 de mayo, 2ʊ ᐧ ᐧ
Ministerio de Educación
Secretaría General

Seal
The 1st Judicial Circuit
Court, Civil Branch
Los Santos, Republic of
Panama, Judiciary Body

**(Illegible signature)**

**CESAR H. MORCILLO R., LL.B.,**
**First Circuit Civil Judge of Los Santos**


**(Illegible signature)**

**MARILUZ DOPESO M., LL.B.**
**CLERK**


### RELEVANCE OF THE EVIDENCE SOUGHT

This Request for International Assistance constitutes an important tool for the judiciary body that would contribute in the proper administration of justice.


### DOCUMENTS

The following documents are attached:

**1.** Duly authenticated copy of Order No. 653, dated June eighteen (18 ), two thousand twelve (2012), through which the current application was admitted and the assistance sought is formalized.

2. Duly authenticated copy of the request made by LUIS FRANCISCO HUERTAS, Esq., within the Case matter Testate Succession Eli Argelis Diaz (R.I.P.).

3. Duly authenticated copy of Order No. 684, dated twenty-three (23) of June, two thousand eleven (2011).


I courteously ask to the judicial authorities of the United States of America, that the required information be certified in accordance with the law of your country.

The undersigned First Circuit Civil Judge of the Province of Los Santos, Republic of Panama, expresses his willingness to provide reciprocity for similar assistance in accordance with the law and the Treaties and International Customs and takes this opportunity to express his appreciation and consideration.

*Martha J. Martínez de Kimmell*
Traductora Pública Autorizada
Resuelto N° 2,181 del 12 de mayo, 2011
Ministerio de Educación
Secretaría General